# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KHOR CHIN LIM,**
        **Plaintiff,**

v.                                                     **Case No. 11-CV-00866**

**STAPLES INC., et al.**
        **Defendants.**

## ORDER

     In this lawsuit, plaintiff sues several defendants including Bank Mutual Corporation, Staples, Inc., and the Microsoft Corporation. First, plaintiff alleges that defendants engaged in a conspiracy to deprive him of money he had deposited at a Bank Mutual bank branch in Monona, Wisconsin. Second, plaintiff alleges that defendants tampered with and then refused to allow plaintiff to return a laptop and software that he had purchased at a Staples store, also in Monona, Wisconsin. By committing these acts, plaintiffs claims that defendants have violated several federal and state laws. This case was assigned to my docket because plaintiff listed it as related to two cases already pending before me: 11-cv-00708 and 11-cv-00748.

     Under Civil L. R. 3(b),

> Where the Civil Cover Sheet discloses a pending related civil action, the new civil action will be assigned to the same judge. Factors to be considered in determining whether the actions are related include whether the actions: (i) arise from substantially the same transaction or events; (ii) involve substantially the same parties or property; or (iii) involve the same patent, trademark, or copyright. The judge to whom the action with the lower case number is assigned will resolve any dispute as to whether the actions are related.

After considering the factors listed in the local rule, I find that this case is not related to either 11-cv-00708 or 11-cv-00748. Case number 11-cv-00708 alleges that a different group of defendants conducted illegal electronic surveillance and spread toxic chemicals in plaintiff's

studio apartment, and case number 11-cv-00748 alleges that yet another diverse group of defendants engaged in a conspiracy to deprive him of his constitutional rights by misinforming him as to the date and time of a hearing in a California court case. The only overlap between the three cases is that Goh Chok Tong, a former Prime Minister of Singapore, and Scott Walker, the Governor of Wisconsin, are named as a defendants in all three cases. Otherwise, each case presents a distinct set of factual and legal issues. Therefore, I find that this case is not related to either 11-cv-00708 or 11-cv-00748.

For the reasons stated, **IT IS ORDERED** that this case be returned to the clerk's office for random reassignment.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2011.

s/_____
LYNN ADELMAN
District Court Judge